UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

WESLEY LeBLANC                                    DOCKET NO. 6:09-cv-0393

VERSUS                                            JUDGE TUCKER L. MELANÇON

MICHAEL J. ASTRUE,                                MAGISTRATE JUDGE HANNA
COMMISSIONER OF SOCIAL SECURITY

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report

and recommendation.   After an independent review of the record, and consideration of

objections filed, this Court concludes that the Magistrate Judge's report and recommendation

is correct and adopts the findings and conclusions therein as its own.   Accordingly, it is

therefore

**ORDERED** that the decision of the Commissioner of the Social Security

Administration is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**.

Thus done and signed in Lafayette, Louisiana, this 6th day of January, 2011.


_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE